**Opinion issued September 24, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00491-CV

———————————

**THE CITY OF HOUSTON, Appellant**

**V.**

**DOLCEFINO COMMUNICATIONS, LLC D/B/A DOLCEFINO CONSULTING; AND WAYNE DOLCEFINO, IN HIS INDIVIDUAL CAPACITY, Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-50825**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R.

APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.